SCWC-13-0003065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KILAKILA ʻO HALEAKALĀ,
Petitioner/Appellant-Appellant,

vs.

BOARD OF LAND AND NATURAL RESOURCES, DEPARTMENT OF LAND AND
NATURAL RESOURCES, WILLIAM AILA, Jr., in his official capacity as
Chairperson of the Board of Land and Natural Resources, and
UNIVERSITY OF HAWAIʻI,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003065; CIV. NO. 12-1-3070-12)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant-Appellant Kilakila ʻO Haleakalā's

Application for Writ of Certiorari filed on December 1, 2014, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawaiʻi, January 7, 2015.

David Kimo Frankel and
Sharla Ann Manley
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

Russell Suzuki
William J. Wynhoff and
Linda L.W. Chow
for respondents Board of
Land and Natural Resources,
Department of Land and
Natural Resources, and
William J. Aila, Jr., in
his official capacity as
Chairperson of the Board of
Land and Natural Resources

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



Darolyn H. Lendio
Bruce Y. Matsui
Lisa Woods Munger
Lisa A. Bail and
Christine A. Terada
for respondent University
of Hawaiʻi at Mānoa